IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DUNCAN, AIS # 180841, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:09cv661-ID |
| | ) | (WO) |
| KENNETH JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States

Magistrate Judge entered on October 16, 2009 (Doc. No. 15), that this case be dismissed

without prejudice for the plaintiff's abandonment of his claims, his failure to comply with

the orders of this court and his failure to properly continue prosecution of this cause of

action.  After a review of the recommendation, to which no timely objections have been

filed, and after an independent review of the entire record, the court believes that the

recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this the 10th  day of November 2009.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE